■ ARMAND CERRONE, INC., Appellant, v TOWN OF LEWISTON, Respondent—Order unanimously affirmed, without costs, for reasons stated at Special Term, Kuszynski, J. (Appeal from

order of Supreme Court, Niagara County, Kuszynski, J.—arbitration.) Present—Dillon, P. J., Doerr, Pine, Lawton and Schnepp, JJ.